IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
February 09, 2018
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:17-MJ-269 (02) |
| § | |
| JOE GOMEZ § | |

### ORDER

The court's records in the above-captioned case, in which Joe Gomez is a defendant, do not reflect that any action has taken place as to said defendant since the warrant for arrest was issued on March 28, 2017.

Therefore the court orders that by March 31, 2018, the government file a report in this case, (1) informing the court of the status of the defendant as viewed from the standpoint of the government, (2) giving the court full information explaining why no action has been taken regarding said defendant since March 28, 2017, (3) giving the court all information the government has concerning the whereabouts of said defendant since March 28, 2017, (4) describing, by date and type of activity, all things the government has done since March 28, 2017 to cause said defendant to be brought before the court for disposition of this case; and (5) providing the court the government's recommendation relative to future handling and disposition of the case.

Signed: February 9, 2018

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE